PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chad Brown

Cr.: 18-00054-001
PACTS #: 3615563

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:   Attempt and Conspiracy to Commit Bank Fraud

Original Sentence: 16 months imprisonment, 60 months supervised release

Special Conditions: $100 Special Assessment, $756,621.34 Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/03/2019

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

### MENTAL HEALTH TREATMENT

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

## CAUSE

Brown suffers from anxiety and was prescribed anti-anxiety medication through the Bureau of Prisons. The probation office recommends this mental health condition which would allow Brown to engage in mental health treatment.

Respectfully submitted,

By:  Dana Hafner
     U.S. Probation Officer
Date: 01/03/2019

Prob 12B – page 2
Chad Brown

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐  No Action

☐  Other

_____
Signature of Judicial Officer

1/8/19
_____
Date