UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                          Date: 3/24/22

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail A. Hansen

Court Reporter: Nicole Sesta

Other: USPO Michelle Siedzik

                                          2:18-cr-00054

TITLE OF CASE:

United States
v. Chad Brown

Appearances:

AUSA Ari Fontecchio
AFPD Emily Sherman
Defendant present

NATURE OF PROCEEDINGS:   **PLEA AND SENTENCE ON VIOLATION**


**PLEA: Guilty to Violation #2**
**Gov't moved to dismiss the remaining Violations – granted.**

**Sentence: Previously imposed supervision of 12/18/18 is**
**revoked; defendant is committed to the Bureau of Prisons for**
**a term of 8 months**
**Supervised Release: 1 year**
**Special Conditions:**
**1. Alcohol/Drug Testing and Treatment**
**2. New Debt Restrictions**
**3. Financial Disclosure**
**4. Motor Vehicle Compliance**
**As previously ordered restitution of $756,621.34 shall be**
**paid in monthly installments of $25 to commence 30 days**
**after release from confinement**
**Ordered defendant remanded to custody.**


                          Gail A. Hansen, Deputy

Time Commenced: 1:00 p.m.
Time Concluded: 1:45 p.m.
Total time: 45 minutes